| Submit this form by e-mail to: | |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov | For Los Angeles criminal duty. |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov | For Santa Ana criminal duty. |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov | For Riverside criminal duty. |

FILED
CLERK, U.S. DISTRICT COURT
04/14/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| v.  PLAINTIFF | 5:22-mj-00235    19CR-03197-LAB-1 |
| NETZAHUALCYOTL, SOTO | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# 86831-298    DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 04/14/2022 at 8:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the Central District of California on 04/14/2022 at 8:00 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 3583

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: ____

7. Year of Birth: 1986

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: ____   Phone Number: ____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): ____

11. Name: Cesar Perez   (please print)

12. Office Phone Number: 951.276.6160

13. Agency: USMS

14. Signature: *Cesar Perez*

15. Date: 04/14/2022

CR-64 (09/20)    REPORT COMMENCING CRIMINAL ACTION